(April 4, 2006)

■ The People of the State of New York, Respondent, v Gary Brown, Appellant. [812 NYS2d 90]—

Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered August 13, 2004, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree, and sentencing him, as a second violent felony offender, to a term of six years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). Defendant's conduct, viewed in totality, warranted the conclusion that he was adjusting an object in his waistband (*see People v Benjamin*, 51 NY2d 267 [1980]), and that he had recognized, and was attempting to evade, the police. This justified the officers' common-law inquiry (*see People v Jenkins*, 209 AD2d 164 [1994]; *see also People v Ward*, 22 AD3d 368 [2005], *lv denied* 6 NY3d 782 [2006]), which ultimately led to the lawful recovery of a revolver. Concur—Buckley, P.J., Mazzarelli, Andrias, Saxe and Sullivan, JJ.

■ Jesus Vasquez, Respondent, v St. Luke's-Roosevelt Hospital et al., Appellants, et al., Defendant. [811 NYS2d 565]—Appeal from order, Supreme Court, Bronx County (Janice L. Bowman, J.), entered March 10, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Buckley, P.J., Mazzarelli, Andrias, Saxe and Williams, JJ.